Donchatz v. HSBC Bank USA, N.A.

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

# <u>SUMMARY ORDER</u>

RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT.  CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1.   WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER").   A PARTY CITING TO A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of May, two thousand sixteen.

PRESENT:
> ROSEMARY S. POOLER,
> DEBRA ANN LIVINGSTON,
> SUSAN L. CARNEY,
> *Circuit Judges.*

---

Kenneth R. Donchatz,

> *Plaintiff-Appellant*,

> v.                                                                  15-973

HSBC Bank USA, N.A., et al.,

> *Defendants-Appellees,*

Intervale Mortgage Corporation,

> *Defendants*.\*

---

**FOR PLAINTIFF-APPELLANT:**      Kenneth R. Donchatz, pro se, Westerville, OH

---

\* The Clerk of Court is respectfully directed to amend the official caption in this case to conform with the caption above.

**FOR DEFENDANTS-APPELLEES HSBC Bank USA, N.A., HSBC Mortgage Services Inc., Mortgage Electronic Registration Systems, Inc., Merscorp Holdings, Inc., and Ribbeck:**

Preston Lee Zarlock, Anna Mercado Clark, John Ayres Mosychuk, Phillips Lytle LLP, Buffalo, NY

**FOR DEFENDANTS-APPELLEES Miles and Lewis:**

Stephen D. Miles and Vincent A. Lewis, Esq., pro se, Dayton, OH

**FOR DEFENDANTS-APPELLEES Gormley and Wiery:**

Christopher J. Belter and Daniel B. Moar, Goldberg Segalla LLP, Buffalo, NY

Appeal from a judgment of the United States District Court for the Western District of New York (Curtin, *J*.).

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the judgment of the district court is **AFFIRMED**.

Appellant Kenneth R. Donchatz, an attorney proceeding pro se, appeals the district court's dismissal of his complaint, which alleged violations of the Fair Debt Collection Practices Act, the Fair Credit Reporting Act, and New York law. We assume the parties' familiarity with the underlying facts, the procedural history of the case, and the issues on appeal.

We review de novo a district court's grant of a motion to dismiss, including its application of the relevant statute of limitations, construing the complaint liberally, accepting its factual allegations as true, and drawing all reasonable inferences in the plaintiff's favor. *See Deutsche Bank Nat'l Trust Co. v. Quicken Loans Inc*., 810 F.3d 861, 865 (2d Cir. 2015); *Chambers v. Time Warner, Inc*., 282 F.3d 147, 152 (2d Cir. 2002).

After an independent review of the record and relevant case law, we affirm for substantially the same reasons articulated by the district court in its well-reasoned order. We have

considered all of Donchatz's arguments and find them to be without merit.  Accordingly, we

**AFFIRM** the judgment of the district court.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk